1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )    CR 08-50043-1-PHX-SRB
                                            )
10            Plaintiff,                     )
                                            )
11  vs.                                      )
                                            )
12  Christopher Cass Wood,                   )        **ORDER**
                                            )
13            Defendant.                     )
                                            )
14  _____       )

15

16         A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on April 22, 2009.

18         **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21         **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

24         **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26         DATED this 24th day of April, 2009.

27

28                                         Lawrence O. Anderson
                                           United States Magistrate Judge